Matthew Schlerbohm
_Name_

710 N. 7th Street

Kansas City Kansas 66101
_Address_

FILED
DEC 29 2022
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Matthew C. Schlerbohm , Plaintiff
_(Full Name)_

V.

Hayden, Calvin, et al , Defendant (s)

_____

CASE NO. 22-3314-JWL-JPO

_(To be supplied by the Clerk)_

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A.  JURISDICTION

1) Matthew Charles Schlerbohm , is a citizen of Missouri
   _(Plaintiff)_                                    _(State)_

who presently resides at Wyandotte County Adult Detention Center
   _(Mailing address or place_

_____.

_of confinement.)_

2) Defendant Calvin Hayden.                                    is a citizen of
   _(Name of first defendant)_

Olathe, Kansas                                    , and is employed as
   _(City, State)_

Sheriff                                    . At the time the
   _(Position and title, if any)_

claim(s) alleged in this complaint arose, was this defendant acting under the color of state

law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

Defendant Hayden is the Sheriff of Johnson County Kansas at
all relevant dates + times herein.

1

3) Defendant (FNU) REED _____ is a citizen of
   *(Name of second defendant)*

OLATHE, KANSAS _____, and is employed as
   *(City, state)*

JAIL ADMINISTRATOR _____. At the time the
   *(Position and title, if any)*

claim (s) alleged in this complaint arose was this defendant acting under the color of state

law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

Defendant Reed was and is the Administrator of the Johnson County Jail
at all relevant dates + times herein.

(Use the back of this page to furnish the above information for additional defendants.)

All defendants were acting under the color of state law and they were and remain
employed at the Johnson County Jail in Olathe, Kansas -where they are citizens.

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to

assert jurisdiction under different or additional statutes, you may list them below.)

Rule 65 of the Federal Rules of Civil Procedure; 28 U.S.C. §§ 1331;

## B.  NATURE OF THE CASE

1) Briefly state the background of your case:

Plaintiff was at all times herein a detainee at the Johnson County Adult Detention
Center under the care and protection of the sworn officers of the law of the
Johnson County Sheriff's Office. Plaintiff was furthermore located
in "P.C." ("protective custody") at all dates and times mentioned herein
unless otherwise stated. Plaintiff has no violent history. Plaintiff has
no disciplinary history. Plaintiff sought out extra protection due to
his homosexual and Jewish status. Defendant Crabtree intentionally placed
Plaintiff in segregation and refused to relocate Plaintiff due to the filing of grievances

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983

2

3a. Defendant Captain (FNU) Crabtree, Classifications

3b. Defendant Sgt. (FNU) Bowers, Housing

3c. Defendant Sgt (FNU) Edwards, Housing

3d. Defendant Deputy (FNU) Douglas, C.O., Housing

3e. Defendant Ball (FNU), deputy, C.O., Housing

3f. Defendant Deputy (FNU) Riddell, C.O., Housing

3G. Defendant Deputy (FNU) Rundell, C.O., Housing

3h. Defendant Deputy (FNU) Thompson, C.O., Housing

3i. Defendant Deputy (FNU) Rettig, C.O., Housing

3j. Defendant Deputy (FNU) Martin, C.O., Housing

3k. Defendant Deputy (FNU) Wade, C.O., Housing

3L. Defendant Deputy (FNU) Trickle, C.O., Housing

3m. Defendant Unknown Named Commissary Matron; contractor; commissary

3n. Defendant Nurse Josh, Vital Core LLC, medical contractor

3o. Defendant Nurse Erin B., Vital Core LLC, Medical Administrator

3p. Defendant Unknown Name Male White Nurse, Vital Core LLC

All defendants is and are sued individually and in his or her official capacity. At all times mentioned in this complaint, each defendant acted under the color of State law.

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been

   violated and that the following facts form the basis for my allegations: (If necessary you

   may attach up to two additional pages (8h" x 11") to explain any allegation or to list

   additional supporting facts.)

   A) (1) Count I: PREA violation; deliberate indifference to medical needs;
   unsafe + unsanitary conditions; Sexual discrimination. Due Process of Law;
   Cruel + unusual punishment violations as well as equal protection clause
   violations of the First, Fifth, Eighth and Fourteenth Amendments.

   (2) Supporting Facts: (Include all facts you consider important, including names of

   persons involved, places and dates. Describe exactly how each defendant is involved.

   State the facts clearly in your own words without citing legal authority or argument.):

   On Nov. 25, 2022, at about 2:30am CST, after Plaintiff
   Schladohm had filed five PREA grievances seeking additional
   protection from Inmate Daniel Arredondo, among others,
   who had spent approximately 60% of their waking time
   making vile, actionable threats against not only Plaintiff

   B) (1) Count II: _____

   _____

   _____

   (2) Supporting Facts: _____

   _____

   _____

   _____

C)  (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

### D.  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐ No ☒ . If your answer if "Yes", describe each lawsuit. (If there is more than
one lawsuit, describe the additional lawsuits on another piece of paper, using the same
outline.)

    a)  Parties to previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

    b)  Name of court and docket number _____

_____

    c)  Disposition (for example: Was the case dismissed? Was it appealed? Is it still
pending?) _____

_____

    d)  Issues raised _____

_____

e) Approximate date of filing lawsuit _____

f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative
officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is
"Yes", briefly describe how relief was sought and the results. If you answer is "No",
briefly explain why administrative relief was not sought.

Not ~~necessary~~ necessary for federal filing, but I definitely exhausted all admin remedies until they just deleted me out of the electronic system entirely, denied me written ICFs, denied me phone calls or lawyer calls or any and all means of reporting grievances or indeed contact at all;

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States. Compensatory Damages in the amount of $50,000 against each defendant, jointly and severally. Punitive damages in the amount of $500,000 against each defendant. A jury trial on all issues triable by jury. Plaintiff's costs in this suit. Appointment of counsel for plaintiff. Any additional relief this court deems just, proper and equitable.

_____    _____
Signature of Attorney (if any)                        Signature of Plaintiff

_____

_____

_____
(Attorney's full address and telephone number)

5

C. Cause of Action (cont.)

But also against my dad utilizing our personally identifiable information (P.I.I.) they were given by Defendant Thompson on Nov. 17, 2022, at 11:30am (and again five minutes later → and again two minutes later), I was attacked while I peacefully slept by Inmate Arredondo. That day alone I had informed Defendant Rettig (at 6:15pm or so; again at 6:35pm or so; and again after 10pm); I also sought help from Defendant Douglas on 11/25/22 at approx 5pm, 7pm, 11pm; I wrote handwritten notes to ~~xxxx~~ try and impress upon Defendant Thompson that this was serious, but upon seeing my note that I placed directly into his view during evening meal service on 11/22/22, Det. Thompson just laughed, crumpled it a bit, threw it back into my cell and walked away laughing. This was the same response I got from all defendants when I sought their help. That week I submitted five PREA grievances and begged Defendants Thompson, Martin, Rettig, Riddell, Douglas, Rundell, Bail and Crabtree in person and over the intercom for relocation or literally anything to be done, but none did any such thing. I also sought help from the three defendants from the medical contractor, VitalCore, during every single medication round and any time they decided to call me to the medical unit I also sought help. Instead of help, the deputies just joined in the taunting + harassing — but they did it in far more subtle ways than Inmate Arredondo. "I'm gonna come over there and cut your dick off, faggot!" "Kill all homos!" "Fucking Jew Faggot — Burn In Hell!" "Kill 'em all!" "I'm gonna rape that asshole of yours and

shoot you and your dad in the face!" These taunts were repeated ad nauseum, 24/7, in the direct presence of the deputies, which only served to embolden and encourage the inmates. The inmates in the various cells engaged in a daily colloquy — reminding each other of my dad's and my own addresses, phone numbers, etc., that Defendant Thompson divulged on Nov. 17, 2022, at 11:30 am.

After the attack, the defendants left my assailant right where he was — unpunished. Instead, they punished ME — the victim. The moved me to the "hole" — a room unfit for human life due to the feces ALL OVER (in clear view + smell) as well as the unbearable cold and intentionally malfunctioning sink, toilet contraption. I know it was intentional because there was water covering the ENTIRETY OF THE FLOOR before I even walked in, so Dept. Rundell had to go test it first and, seeing that the water + toilet didn't function properly (so nobody could drink water or use the toilet), only then did he place me in the cell. I begged for help from every nurse and even asked the commissary worker to call 911 — She said she would. She lied. After she watched Det. Ball steal my commissary, including all my pens, paper, soap, envelopes, etc., right out of my hands while she said, "BALL! I can't believe you did that!" As Defendant Ball strode proudly away with my property he just stole. That was on Nov. 30, 2022, at 9:10am. He also told me they wouldn't take me to court, obviously trying to cause me duress + panic — he knew I have PTSD, so this was effective + sadistic. Capt. Crabtree refused to move me even though I asked every Monday when she did her rounds. She did say that they had a "gay pod," twice, and that I had to be recommended to it by MENTAL HEALTH! And then, suddenly, she said she never said that