Matthew Schldbohm, 178607
710 N. 7th St.
Kansas City KS. 66101

Skyler B. O'Hara, Clerk of Court
United States District Court
444 S.E. Quincy
Topeka Kansas 66683

FORMS
LEGAL MAIL

RECEIVED
DEC 29 2022
CLERK U.S. DIST. COURT
TOPEKA, KANSAS

"The enclosed letter was processed through privileged mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."



FSC MIX Envelope FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2019