IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

          **Plaintiff,**

    v.                                          CASE NO. 22-3314-JWL-JPO

CALVIN HAYDEN, et al.,

          **Defendants.**

**O R D E R**

Plaintiff brings this pro se action under 42 U.S.C. § 1983. The Complaint (Doc. 1) alleges violation of Plaintiff's constitutional rights while he was housed at the Johnson County Adult Detention Center ("JCADC") and has not yet been screened under 28 U.S.C. § 1915A.

Plaintiff is currently detained at Wyandotte County Detention Center ("WCDC"). This matter comes before the Court on Plaintiff's Motion for Emergency Relief and Submission of Exhibits (Doc. 6) and Motion for Temporary Restraining Order and Emergency Review (Doc. 7). Both motions allege that Plaintiff contracted COVID-19 at the WCDC and has been denied treatment. Both ask the Court to order him transferred to a hospital.

Document 6 does not have a case number and names a defendant, Donald Ash, who is not a defendant in this case (No. 22-3314). Ash was named as a defendant in another case Plaintiff filed (No. 19-3231), but that case was dismissed on October 23, 2020. Because Plaintiff does not have a case pending against Donald Ash, the motion is denied. If Plaintiff intended to initiate a new case, he must submit it on the court-approved form and name the proper defendants after he has exhausted his administrative remedies at the WCDC.

1

On Document 7, Plaintiff provides the number of this case (No. 22-3314) and names Calvin Hayden, et al., as defendants.  Hayden is the Sheriff of Johnson County, and the other named defendants to the Complaint are guards or medical personnel at the JCADC.  The defendants in this case have no connection to Plaintiff's allegations in the motion or to the WCDC and cannot provide the requested relief.  The motion is therefore denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Emergency Relief and Submission of Exhibits (Doc. 6) and Motion for Temporary Restraining Order and Emergency Review (Doc. 7) are **denied**.

The clerk is directed to send § 1983 forms and instructions to Plaintiff.

**IT IS SO ORDERED.**

**DATED:  This 13th day of January, 2023, at Kansas City, Kansas.**

>  S/ John W. Lungstrum
>  JOHN W. LUNGSTRUM
>  UNITED STATES DISTRICT JUDGE