# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

MATTHEW CHARLES SCHLOBOHM,

**Plaintiff,**

v.                                          CASE NO. 22-3314-JWL

CALVIN HAYDEN, et al.,

**Defendants.**

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff's Motion for Appointment of Counsel (Doc. 26). The Court has considered the motion and denies it at this time.

As previously explained (*see* Doc. 23), there is no constitutional right to the appointment of counsel in a civil case. *Durre v. Dempsey*, 869 F.2d 543, 547 (10th Cir. 1989); *Carper v. Deland*, 54 F.3d 613, 616 (10th Cir. 1995). The decision whether to appoint counsel in a civil matter lies within the discretion of the district court. *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991). "The burden is on the applicant to convince the court that there is sufficient merit to his claim to warrant the appointment of counsel." *Steffey v. Orman*, 461 F.3d 1218, 1223 (10th Cir. 2006), quoting *Hill v. SmithKline Beecham Corp.*, 393 F.3d 1111, 1115 (10th Cir. 2004). It is not enough "that having counsel appointed would have assisted [the prisoner] in presenting his strongest possible case, [as] the same could be said in any case." *Steffey,* 461 F.3d at 1223, quoting *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995). In deciding whether to appoint counsel, the district court should consider "the merits of the prisoner's claims, the nature and complexity of the

1

2

factual and legal issues, and the prisoner's ability to investigate the facts and present his claims."

*Rucks*, 57 F.3d at 979; *Hill*, 393 F.3d at 1115.

Considering these factors, the Court has still not determined whether Plaintiff has asserted a colorable claim.  The Court has ordered Plaintiff to show cause why his Complaint should not be dismissed, and Plaintiff has not yet done so.  Therefore, the Court denies Plaintiff's motion for appointment of counsel at this time.  However, this denial is made without prejudice.  If it becomes apparent that appointed counsel is necessary if this case further progresses, Plaintiff may renew his motion.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Appointment of Counsel (Doc. 26) is **denied**.

**IT IS SO ORDERED**.

**Dated March 21, 2023, in Kansas City, Kansas.**

<u>**S/  John W. Lungstrum**</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**