Matthew Schlobohm

901 N. 5th Street

Kansas City, KS 66101

_____

United States District Court for the District of Kansas

_____

Matthew Schlobohm, plaintiff

v.

Donald Ash, et al, defendants

_____

Civil Case No. 5:23-cv-03014-jwl

NOTICE TO COURT OF ADDRESS CHANGE; MOTION TO STRIKE FROM COURT RECORD

_____

1. Plaintiff can be reached at the following address:
2. University of Kansas Strawberry Hill Campus
3. Attn: Matthew Schlobohm (#6485)
4. 901 N. 5th Street
5. Kansas City, KS 66101
6. Plaintiff was under severe duress when he last advised the court of his change of address and requested extraordinary action.
7. Plaintiff advises the court that he was denied his prescribed medication intentionally and with malicious intent by Daniel Stanton, M.D., medical director of Johnson County and Wyandotte County DoCs.
8. The nature of Plaintiff's duress was directly caused by this interference in prescribed medication. The consequences of this interference were entirely predictable.
9. Plaintiff has previously advised the court of these medications and their indications.

Plaintiff requests that docket entry #34 (NOTICE of Change of Address (see Paragraph 25) and Request for Extraordinary Action by Plaintiff Matthew Charles Schlobohm) be modified so has to omit paragraph 23.


Everything written here is true to the best of my knowledge, upon information and belief, upon penalty of perjury. This pertains to this case, as well as to Matthew Schlobohm v Calvin Hayden, et al (Case No 5:22-cv-03314-JWL).

Respectfully submitted,

Matthew Schlobohm, plaintiff

April 24, 2023

Kansas City, KS 66061