UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| MATTHEW SCHLOBOHM | | Case No. 22-3314-JWL |
|---|---|---|
| Plaintiff, | | |
| v. | | |
| CALVIN HAYDEN, et al., | | |
| Defendants. | | |

PLAINTIFF'S MOTION FOR STAY OF PROSECUTION

    COMES NOW the above-captioned pro se Plaintiff, Matthew Schlobohm, to ask the Court for a stay of prosecution of this case. I have not been able to complete my amended complaint by the deadline despite my best efforts. PTSD is not something that one can control, and while I genuinely understand and appreciate the leniency the Court has shown thus far in my seven requests for a continuance, it is not up to me whether I have debilitating panic attacks and flashbacks when I begin writing the narrative or even recalling the events to myself, let alone the nightmares that uniformly end with me jolted awake, drenched in sweat, in a state of complete and uncontrollable panic (assuming I sleep at all).

    Debilitating, all-consuming distress secondary to the PTSD suffered at the hands of the Defendants is my daily companion and so I

ask for this stay until such time that my ketamine-infusion treatment for PTSD at Kansas Mental Health Medicine is complete.

Respectfully submitted,

MATTHEW SCHLOBOHM

*/s/ Matthew Schlobohm*

MATTHEW CHARLES SCHLOBOHM

4210 Clark Ave #302

Kansas City, MO 64111

(816)277-9821

matthew.schlobohm@gmail.com

DATED: October 2, 2023

PRO SE PLAINTIFF